

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00224-CV

IN RE SOUTHWESTERN BELL TELEPHONE COMPANY D/B/A AT&T TEXAS, RELATOR

ORIGINAL PROCEEDING

August 9, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

By this original proceeding, Relator, Southwestern Bell Telephone Company d/b/a AT&T Texas, sought to compel the Honorable John C. Grace, Judge of the 72nd District Court of Lubbock County, to vacate his order granting Sandra Craven's motion to quash the deposition of Craven. Now pending in this proceeding is the parties' joint motion to dismiss the petition for writ of mandamus in which they represent that the parties have reached a settlement that resolves their dispute.

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the parties' request and dismiss the petition for writ of mandamus. The motion reflects that the parties have agreed to have all costs assessed against the party incurring them.

*See* Tᴇx. R. Aᴘᴘ. P. 42.1(d). Having dismissed this proceeding at the request of Relators, no motion for rehearing will be entertained.

Having dismissed this original proceeding, by Order of the Court, we vacate our July 7, 2023 emergency stay of further proceedings in trial court cause number 2020540824.

Judy C. Parker
Justice